No. 489. EDELSTEIN *v.* GILLMORE ET AL. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan Burkan* for petitioner. *Emily Holt* for respondents. ■■

No. 478. SOUTHERN SURETY Co. *v.* SHELDON ET AL. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Suggestion of a diminution of the record and motion for a writ of certiorari is also denied. *Mr. W. C. Mathes* for petitioner. *Mr. Ewell D. Moore* for respondents. ■■■

No. 545. HUNTER *v.* BAASH-ROSS TOOL Co. ET AL. See *ante,* p. 531.

No. 483. TOWER HILL CONNELLSVILLE COKE Co. *v.* PIEDMONT COAL Co. ET AL. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. E. W. Knight* for petitioner. *Messrs. Edwin W. Smith, Arthur S. Dayton, E. C. Higbee,* and *Wm. M. Robinson* for respondents.

No. 488. UNITED STATES EX REL. KOMLOS *v.* TRUDELL, IMMIGRATION INSPECTOR. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.